# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: INC, PAUL'S TOTAL SERVICE | § Case No. 09-26103 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/20/2012 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 11/28/2011  By: /s/ Michael G. Berland
                                        Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: INC, PAUL'S TOTAL SERVICE | § | Case No. 09-26103 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 25,131.45

*and approved disbursements of*  $ 4,702.45

*leaving a balance on hand of* [1]  $ 20,429.00

**Balance on hand:**  $ 20,429.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2-2 | Department of the Treasury | 1,905.37 | 1,905.37 | 0.00 | 1,905.37 |
| 7S | Illinois Department of Employment Security | 3,859.63 | 3,859.63 | 0.00 | 3,859.63 |

Total to be paid to secured creditors:  $ 5,765.00
Remaining balance:  $ 14,664.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 3,263.13 | 0.00 | 3,263.13 |
| Trustee, Expenses - MICHAEL G. BERLAND | 30.40 | 0.00 | 30.40 |

Total to be paid for chapter 7 administration expenses:  $ 3,293.53
Remaining balance:  $ 11,370.47

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $       0.00
Remaining balance:   $   11,370.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,297.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P | Illinois Department of Employment Security | 168.22 | 0.00 | 168.22 |
| 8P | Illinois Department of Revenue | 1,847.09 | 0.00 | 1,847.09 |
| 9P | Illinois Department of Revenue | 282.09 | 0.00 | 282.09 |

Total to be paid for priority claims:   $   2,297.40
Remaining balance:   $   9,073.07

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,086.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Viking Auto Parts Inc | 34,012.81 | 0.00 | 7,698.44 |
| 3 | Schaeffer Manufacturing Co | 367.40 | 0.00 | 83.16 |
| 4 | Kee Distributing | 813.17 | 0.00 | 184.05 |
| 5 | Fisher Auto Parts | 3,600.33 | 0.00 | 814.90 |
| 6 | Airgas | 1,292.39 | 0.00 | 292.52 |

Total to be paid for timely general unsecured claims:   $   9,073.07
Remaining balance:   $       0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 372.59 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7U | Illinois Department of Employment Security | 120.00 | 0.00 | 0.00 |
| 8U | Illinois Department of Revenue | 218.87 | 0.00 | 0.00 |
| 9U | Illinois Department of Revenue | 33.72 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $     0.00
Remaining balance:   $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $     0.00
Remaining balance:   $     0.00

Prepared By:   /s/MICHAEL G. BERLAND
              Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                  Case No. 09-26103-BWB
Paul's Total Service, Inc                                                               Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vwalker              Page 1 of 3              Date Rcvd: Nov 29, 2011
                              Form ID: pdf006            Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2011.
```
db         +Paul's Total Service, Inc,    3745 Nettle Creek Dr,    Morris, IL 60450-8732
14180163   +AT&T,    PO Box 5093,    Carol Stream, IL 60197-5093
14180164   +AT&T Wireless,    5407 Andrews Highway,    Midland, TX 79706-2851
14180160   +Airgas,    PO Box 2395,    Waterloo, IA 50704-2395
14180162  #+Aramark Uniform Services,    PO Box 7177,    Rockford, IL 61126-7177
14180166   +BP/Chase,    PO Box 9033,    Carlsbad, CA 92018-9033
14180165   +Bob and Kim Marx,    3860 N. Prarie Lane,    Morris, IL 60450-8569
14180167   +Browns Towing,    32173 Markle Road,    Wilmington, IL 60481-8715
14180168   +Bumper to Bumper Auto Parts,    100 N. Main St,    Wilmington, IL 60481-1216
14180169   +C.J.M Leasing Co,    PO Box 242,    Joliet, IL 60434-0242
14180171   +Capital One Bank-Bankruptcy,    P.O. Box 5155,    Norcross, GA 30091-5155
14180172   +Chuck Dzak Motors,    520 West Coal City Road,    Braidwood, IL 60408-1367
14180173   +City of Morris Water Department,    320 Mauponsee St,    Morris, IL 60450-2125
14180175   +Dennis B. Porick, LTD,    63 W. Jefferson Street,    Joliet, IL 60432-4337
14180187    Department of the Treasury,    Internal Revenue Service,    P O Box 7346,
             Philadelphia, PA 19101-7346
14180176   +Dex,   Attn: Customer Care,    1615 Bluff City Highway,    Bristol, TN 37620-6055
14180177   +Environmental Recycling,    PO Box 675,    Orland Park, IL 60462-0675
14180178   +Ethel Mirphy,    331 Waverly,    Morris, IL 60450-1336
14180179   +Ethel Murphy,    331 Waverly,    Morris, IL 60450-1336
14180203   ++FINANCIAL INSTITUTION LENDING OPTIONS,    550 BAY VIEW RD STE A,    PO BOX 750,
             MUKWONAGO WI 53149-0750
            (address filed with court: System and Service Technologies,     4315 Pickett Road,    PO Box 3999,
             Saint Joseph, MO 64503)
14180180   +Fastenal Comp,    PO Box 976,    Winona, MN 55987-0976
14180181   +Fisher Auto Parts,    PO Box 2248,    Staunton, VA 24402-2248
14180182   +Goodwin and McDonald Accounting,     717 Division Street,    Morris, IL 60450-2000
14180183   +Grundy Bank,    201 Liberty Street,    Morris, IL 60450-2282
17820008    Grundy County Collector,    111 E Washington St RM #33,    POB 689,    Morris, IL 60450-0689
14180184   +Heartland Disposal,    PO Box 588,    Morris, IL 60450-0588
14180185    I-55 Auto Salvage,    22701 Thomas Dillon Dr,    Channahon, IL 60410
15604518   +Illinois Department of Employment Security,     33 South State Street,
             Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
17439885    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14180186   #Illinois Department of Revenue,    P.O. Box 88294,    Chicago, IL 60680-1294
14180188   +Kee Distributing,    101 E. Main,    Chicago Heights, IL 60411-4245
14180189   +Kindlespire Auto Supply,    109 W. Washington,    Morris, IL 60450-2168
14180190   +Lombardi Chevrolet-Buick,    901 E. Baltimore Street,    Wilmington, IL 60481-1249
14180191   +McGrath Office Equipment,    416 Liberty Street,    Morris, IL 60450-2133
14180192   +Mitchell 1,    25029 Network PL,    Chicago, IL 60673-1250
14180193   +Morris Publishing Co,    c/o Newton & Associates,    PO Box 8510,    Metairie, LA 70011-8510
14180194   +NAPA Auto Parts,    115 W. Jefferson,    Morris, IL 60450-2128
14180195   +NAPA Coal City,    660 East Division,    Coal City, IL 60416-1646
14180198   +Robert and Kim Marx,    3860 N. Prarie Lane,    Morris, IL 60450-8569
14180199   +S&S Industrial Supply,    740 N. Larch Av,    Elmhurst, IL 60126-1522
14180200   +Schaeffer Manufacturing Co,    102 Barton St,    Saint Louis, MO 63104-4729
14180201   +South Wilmington Ford,    1135 S. Water Street,    Wilmington, IL 60481-1671
14180202   +Suburban Chicago Newspapers,    495 Commons Dr,    Aurora, IL 60504-8295
14180204   +Tire Zone,    85 N. First Ave,    Coal City, IL 60416-1307
14180205    Travlers Insurance,    Eaton and Schultz Ins Group,    582 N. Baltimore,    Wilmington, IL 60481
14726820   +Viking Auto Parts Inc,    dba NAPA Auto Parts of Morris,    Dennis B Porick LTD,
             63 W Jefferson St Ste 100,    Joliet, IL 60432-4337
14180206   +Village of Diamond Water Department,     1750 E. Division,    Coal City, IL 60416-6006
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14180159     E-mail/Text: bkr@cardworks.com Nov 30 2011 03:14:09     Advanta Bank Corp,    PO Box 30715,
              Salt Lake City, UT 84130
14180174    +E-mail/Text: legalcollections@comed.com Nov 30 2011 03:12:39      ComEd,   Bill Payment Center,
              PO Box 87522,    Chicago, IL 60680-0522
14180196     E-mail/Text: bankrup@nicor.com Nov 30 2011 03:11:16     Nicor Gas,    P.O. Box 2020,
              Aurora, IL 60568-0001
14180197    +E-mail/Text: drossner@pompstire.com Nov 30 2011 03:16:06      Pomp's Tire Service,    PO Box 1630,
              Green Bay, WI 54305-1630
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14180170*    +C.J.M. Leasing Company,    PO Box 242,   Joliet, IL 60434-0242
14180161   ##+Anderson Auto Supply,    130 Blackstone St,    Coal City, IL 60416-1704
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1           User: vwalker              Page 2 of 3            Date Rcvd: Nov 29, 2011
                               Form ID: pdf006           Total Noticed: 51
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2011**                    **Signature:**        _Joseph Speetjens_

```
District/off: 0752-1          User: vwalker              Page 3 of 3                  Date Rcvd: Nov 29, 2011
                              Form ID: pdf006            Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2011 at the address(es) listed below:
    Carleen L Cignetto   on behalf of Debtor  Paul's Total Service, Inc cignettolaw@yahoo.com
    Michael G Berland  einstein829@earthlink.net, IL33@ecfcbis.com
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
                                         TOTAL: 3