# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                  §
                                        §
PAUL'S  TOTAL SERVICE INC               §        Case No. 09-26103
                                        §
                    Debtor(s)           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                            Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:            Claims Discharged
                                             Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on        . The case was pending for   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/MICHAEL G. BERLAND _____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | DEPARTMENT OF THE TREASURY |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -2 | DEPARTMENT OF THE TREASURY | | | | | |
| 10 | GRUNDY COUNTY COLLECTOR | | | | | |
| 7S | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| Gloria Longest | | | | | |
| Ameican Auction Associates | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue P.O. Box 88294 Chicago, IL 60680-1294 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operation P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| 7P | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 8P | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 9P | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 5093 Carol Stream, IL 60197 | | | | | |
| | AT&T Wireless 5407 Andrews Highway Midland, TX 79706 | | | | | |
| | Advanta Bank Corp PO Box 30715 Salt Lake City, UT 84130 | | | | | |
| | Anderson Auto Supply 130 Blackstone St Coal City, IL 60416 | | | | | |
| | Aramark Uniform Services PO Box 7177 Rockford, IL 61126 | | | | | |
| | BP/Chase PO Box 9033 Carlsbad, CA 92018 | | | | | |
| | Browns Towing 32173 Markle Road Wilmington, IL 60481 | | | | | |
| | Bumper to Bumper Auto Parts 100 N. Main St Wilmington, IL 60481 | | | | | |
| | C.J.M Leasing Co PO Box 242 Joliet, IL 60434 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank-Bankruptcy P.O. Box 5155 Norcross, GA 30091 | | | | | |
| | Chuck Dzak Motors 520 West Coal City Road Braidwood, IL 60408 | | | | | |
| | City of Morris Water Department 320 Mauponsee St Morris, IL 60450 | | | | | |
| | ComEd Bill Payment Center PO Box 87522 Chicago, IL 60668-0001 | | | | | |
| | Dex Attn: Customer Care 1615 Bluff City Highway Bristol, TN 37620 | | | | | |
| | Environmental Recycling PO Box 675 Orland Park, IL 60462 | | | | | |
| | Ethel Mirphy 331 Waverly Morris, IL 60450 | | | | | |
| | Fastenal Comp PO Box 976 Winona, MN 55987 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Goodwin and McDonald Accounting 717 Division Street Morris, IL 60450 | | | | | |
| | Grundy Bank 201 Liberty Street Morris, IL 60450 | | | | | |
| | Heartland Disposal PO Box 588 Morris, IL 60450 | | | | | |
| | I-55 Auto Salvage 22701 Thomas Dillon Dr Channahon, IL 60410 | | | | | |
| | Kindlespire Auto Supply 109 W. Washington Morris, IL 60450 | | | | | |
| | Lombardi Chevrolet-Buick 901 E. Baltimore Street Wilmington, IL 60481 | | | | | |
| | McGrath Office Equipment 416 Liberty Street Morris, IL 60450 | | | | | |
| | Mitchell 1 25029 Network PL Chicago, IL 60673 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Morris Publishing Co c/o Newton & Associates PO Box 8510 Metairie, LA 70011 | | | | | |
| | NAPA Coal City 660 East Division Coal City, IL 60416 | | | | | |
| | Nicor Gas P.O. Box 2020 Aurora, IL 60568-0001 | | | | | |
| | Pomp's Tire Service PO Box 1630 Green Bay, WI 54305 | | | | | |
| | Robert and Kim Marx 3860 N. Prarie Lane Morris, IL 60450 | | | | | |
| | S&S Industrial Supply 740 N. Larch Av Elmhurst, IL 60126 | | | | | |
| | Schaeffer Manufacturing Co 102 Barton St Saint Louis, MO 63104 | | | | | |
| | South Wilmington Ford 1135 S. Water Street Wilmington, IL 60481 | | | | | |
| | Suburban Chicago Newspapers 495 Commons Dr Aurora, IL 60504 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | System and Service Technologies 4315 Pickett Road PO Box 3999 Saint Joseph, MO 64503 | | | | | |
| | Tire Zone 85 N. First Ave Coal City, IL 60416 | | | | | |
| | Travlers Insurance Eaton and Schultz Ins Group 582 N. Baltimore Wilmington, IL 60481 | | | | | |
| | Village of Diamond Water Department 1750 E. Division Coal City, IL 60416 | | | | | |
| 6 | AIRGAS | | | | | |
| 5 | FISHER AUTO PARTS | | | | | |
| 4 | KEE DISTRIBUTING | | | | | |
| 3 | SCHAEFFER MANUFACTURING CO | | | | | |
| 1 | VIKING AUTO PARTS INC | | | | | |
| 7U | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8U | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 9U | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:   1

Exhibit 8

| Case No: | 09-26103 | BL | Judge: Bruce W. Black |
|---|---|---|---|

Case Name: PAUL'S TOTAL SERVICE INC

For Period Ending: 08/09/12

Trustee Name: MICHAEL G. BERLAND
Date Filed (f) or Converted (c): 07/20/09 (f)
341(a) Meeting Date: 08/25/09
Claims Bar Date: 12/31/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Standard Bank account-scheduled | 121.00 | 577.08 | | 577.08 | FA |
| 2. Grundy Bank-Checking-Diamond-scheduled | 100.00 | 0.00 | | 0.00 | 0.00 |
| See asset 3 | | | | | |
| 3. Grundy Bank checking-Morris-scheduled | 386.49 | 586.40 | DA | 586.49 | 0.00 |
| Also includes assets 2 &4 | | | | | |
| 4. Grundy Bank-savings-tax-scheduled | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| See asset 3 | | | | | |
| 5. Unpaid invoices-scheduled | 7,700.00 | 0.00 | DA | 0.00 | 0.00 |
| 6. Office equipment-scheduled | 550.00 | 0.00 | DA | 0.00 | FA |
| 7. Machinery-Morris-scheduled | 31,770.00 | 25,204.50 | | 23,954.50 | FA |
| The assets sold a the auction provided proceeds of $25,204.50, form which $1250 was paid by the aucitioneer for use and occcupancy. Monies cover both assets 6 and 7. | | | | | |
| 8. Equipment-Diamond-scheduled (u) | 25,775.00 | 0.00 | DA | 0.00 | FA |
| See Asset 7 recovery, which covered Diamond and Morris locations. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 13.71 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $66,502.49          $26,367.98                    $25,131.78          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee hired an auctioneer to sell certain equipment.. The Trustee  filed tax returns.  The Trustee has filed his

Final Report with the bankrutcy court.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-26103   BL   Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | PAUL'S  TOTAL SERVICE INC | Date Filed (f) or Converted (c): | 07/20/09 (f) |
| | | 341(a) Meeting Date: | 08/25/09 |
| | | Claims Bar Date: | 12/31/09 |

Initial Projected Date of Final Report (TFR): 12/31/13      Current Projected Date of Final Report (TFR): 12/31/13

FORM 2                                                                                                                      Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-26103  -BL |
| Case Name: | PAUL'S  TOTAL SERVICE INC |
| | |
| Taxpayer ID No: | *******2340 |
| For Period Ending: | 08/09/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******7265  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312252677265 | Wire in from JPMorgan Chase Bank, N.A. account 312252677265 | 9999-000 | 19,757.76 | | 19,757.76 |
| 04/22/10 | 011002 | Gloria Longest | Preparation of tax returns per court order | 3410-000 | | 500.00 | 19,257.76 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.94 | | 19,258.70 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.15 | | 19,259.85 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.11 | | 19,260.96 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.14 | | 19,262.10 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.14 | | 19,263.24 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 19,263.39 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 19,263.55 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 19,263.70 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 19,263.86 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 19,264.02 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 19,264.16 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 19,264.32 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 19,264.47 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 19,264.63 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 19,264.78 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 19,264.94 |
| 08/08/11 | 1 | Standard Bank | Payment of monies in account DEPOSIT CHECK #718727 | 1129-000 | 577.08 | | 19,842.02 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 19,842.18 |
| 09/06/11 | 3 | Grundy Bank | Payment for balances in several accounts DEPOSIT CHECK #367004 | 1129-000 | 586.49 | | 20,428.67 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 20,428.83 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 20,429.00 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 20,429.16 |

| | | Page Subtotals | 20,929.16 | 500.00 | |
|---|---|---|---|---|---|

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2   Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-26103  -BL | |
| Case Name: | PAUL'S  TOTAL SERVICE INC | |
| | | |
| Taxpayer ID No: | *******2340 | |
| For Period Ending: | 08/09/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******7265  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 20,429.33 |
| 01/12/12 | | To Acct #*******7266 | Transfer for purpose of final distribution | 9999-000 | | 20,429.33 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 20,929.33 | 20,929.33 | 0.00 |
| Less:  Bank Transfers/CD's | 19,757.76 | 20,429.33 | |
| Subtotal | 1,171.57 | 500.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,171.57 | 500.00 | |

Page Subtotals                0.17              20,429.33

Ver: 16.06d

FORM 2

Page:   3

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-26103  -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | PAUL'S  TOTAL SERVICE INC | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******7266  Checking Account |
| Taxpayer ID No: | *******2340 | | |
| For Period Ending: | 08/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/12 | | From Acct #*******7265 | Transfer for purpose of final distribution | 9999-000 | 20,429.33 | | 20,429.33 |
| 01/25/12 | | Transfer to Acct #*******5122 | Bank Funds Transfer | 9999-000 | | 20,429.33 | 0.00 |

|  | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|
| COLUMN TOTALS | | 20,429.33 | 20,429.33 | 0.00 |
| Less:  Bank Transfers/CD's | | 20,429.33 | 20,429.33 | |
| Subtotal | | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

Page Subtotals          20,429.33          20,429.33

Ver: 16.06d

FORM 2    Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-26103 -BL | |
| Case Name: | PAUL'S  TOTAL SERVICE INC | |
| | | |
| Taxpayer ID No: | *******2340 | |
| For Period Ending: | 08/09/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******7265  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/09 | 7 | American Auction Associates | Payment of auction proceeds after payment to landlord for use and occupancy DEPOSIT CHECK #4442 | 1129-000 | 23,954.50 | | 23,954.50 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 23,954.98 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 23,955.95 |
| 11/08/09 | 001001 | Ameican Auction Associates | Payment of auctioneers expenses per court orcer | 3620-000 | | 4,202.45 | 19,753.50 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.90 | | 19,754.40 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 19,755.23 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 19,756.00 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 19,756.75 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.88 | | 19,757.63 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.13 | | 19,757.76 |
| 04/06/10 | | Wire out to BNYM account 000252677265 | Wire out to BNYM account 000252677265 | 9999-000 | | 19,757.76 | 0.00 |

| | Deposits ($) | Disbursements ($) | |
|---|---|---|---|
| COLUMN TOTALS | 23,960.21 | 23,960.21 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 23,960.21 | 23,960.21 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 23,960.21 | 23,960.21 | |

Page Subtotals    23,960.21    23,960.21

Ver: 16.06d

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2                                                                   Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                   Exhibit 9

| | |
|---|---|
| Case No: 09-26103 -BL | Trustee Name: MICHAEL G. BERLAND |
| Case Name: PAUL'S TOTAL SERVICE INC | Bank Name: JPMorgan Chase Bank, N.A. |
| | Account Number / CD #: *******7266 Checking Account |
| Taxpayer ID No: *******2340 | |
| For Period Ending: 08/09/12 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals                    0.00           0.00

Ver: 16.06d

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-26103  -BL |
| Case Name: | PAUL'S  TOTAL SERVICE INC |
| | |
| Taxpayer ID No: | *******2340 |
| For Period Ending: | 08/09/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5122  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******7266 | Bank Funds Transfer | 9999-000 | 20,429.33 | | 20,429.33 |
| 01/25/12 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Trustee Compensation | 2100-000 | | 3,263.13 | 17,166.20 |
| 01/25/12 | 001002 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Trustee Expenses | 2200-000 | | 30.40 | 17,135.80 |
| 01/25/12 | 001003 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL  60603 | Claim 7P, Payment 100.00000% | 5800-000 | | 168.22 | 16,967.58 |
| 01/25/12 | 001004 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL  60664-0338 | Claim 8P, Payment 100.00000% | 5800-000 | | 1,847.09 | 15,120.49 |
| 01/25/12 | 001005 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL  60664-0338 | Claim 9P, Payment 100.00000% | 5800-000 | | 282.09 | 14,838.40 |
| 01/25/12 | 001006 | Viking Auto Parts Inc<br>dba NAPA Auto Parts of Morris,Dennis B<br>Porick LTD,63 W Jefferson St Ste 100<br>Joliet, IL  60432 | Claim 1, Payment 22.63477% | 7100-000 | | 7,698.72 | 7,139.68 |
| 01/25/12 | 001007 | Schaeffer Manufacturing Co<br>102 Barton St<br>Saint Louis, MO  63104 | Claim 3, Payment 22.63473% | 7100-000 | | 83.16 | 7,056.52 |
| 01/25/12 | 001008 | Kee Distributing | Claim 4, Payment 22.63487% | 7100-000 | | 184.06 | 6,872.46 |

| | | |
|---|---|---|
| Page Subtotals | 20,429.33 | 13,556.87 |

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2                                                                    Page:  7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-26103  -BL |
| Case Name: | PAUL'S  TOTAL SERVICE INC |
| Taxpayer ID No: | *******2340 |
| For Period Ending: | 08/09/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5122  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/12 | 001009 | 101 E. Main<br>Chicago Heights, IL  60411<br>Fisher Auto Parts<br>PO Box 2248<br>Staunton, VA  24402 | Claim 5, Payment 22.63487% | 7100-000 | | 814.93 | 6,057.53 |
| 01/25/12 | 001010 | Airgas<br>PO Box 2395<br>Waterloo, IA  50704 | Claim 6, Payment 22.63481% | 7100-000 | | 292.53 | 5,765.00 |
| 01/25/12 | 001011 | Department of the Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA  19101-7346 | Claim 2 -2, Payment 100.00000% | 4110-000 | | 1,905.37 | 3,859.63 |
| 01/25/12 | 001012 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL  60603 | Claim 7S, Payment 100.00000% | 4110-000 | | 3,859.63 | 0.00 |

|  | | | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 20,429.33 | 20,429.33 | 0.00 |
| | Less:  Bank Transfers/CD's | | 20,429.33 | 0.00 | |
| | Subtotal | | 0.00 | 20,429.33 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| | Net | | 0.00 | 20,429.33 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******7265 | 1,171.57 | 500.00 | 0.00 |
| Checking Account - *******7266 | 0.00 | 0.00 | 0.00 |
| Money Market Account - *******7265 | 23,960.21 | 23,960.21 | 0.00 |
| Checking Account - *******7266 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******5122 | 0.00 | 20,429.33 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| Page Subtotals | 0.00 | 6,872.46 | |

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

Page:    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-26103  -BL |
| Case Name: | PAUL'S  TOTAL SERVICE INC |
| | |
| Taxpayer ID No: | *******2340 |
| For Period Ending: | 08/09/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5122  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 25,131.78 | 44,889.54 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                  0.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

Ver: 16.06d